No. 88–649.  CRAVENS v. WASHINGTON.  C. A. 9th Cir.  Certiorari denied.

No. 88–667.  SIMS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5179.  GARCIA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–5334.  WATKINS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 88–5339.  BITCHERI v. IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–5454.  MUZA v. BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–5462.  KRISHNAN v. DEPARTMENT OF THE AIR FORCE.  C. A. Fed. Cir.  Certiorari denied.

No. 88–5508.  SATTERFIELD v. ALLSBROOK, ATTORNEY GENERAL OF NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 88–5509.  SHOCKEY v. TATE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–5517.  DAVIS v. CITY OF SAN RAMON POLICE DEPARTMENT ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 88–5520.  PARRES v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 88–5521.  WATTS v. BUNNELL, SUPERINTENDENT, CALIFORNIA CORRECTIONAL CENTER.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 88–5523.  GIBSON v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 88–5530.  BOLLMAN v. SMITH.  C. A. 11th Cir.  Certiorari denied.

No. 88–5532.  MAXWELL v. GENERAL MOTORS CORP.  Ct. App. Ga.  Certiorari denied.